IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STRATEGIC DECISIONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>THE MARTIN LUTHER KING, JR.<br>CENTER FOR NONVIOLENT<br>SOCIAL CHANGE, INC.,<br><br>      Defendant. | 1:13-cv-2510-WSD |

## OPINION AND ORDER

The Court conducted a hearing in this matter on May 19, 2014, to consider a variety of discovery disputes. One dispute concerned The Martin Luther King Jr. Center for Nonviolent Social Change, Inc.'s ("The King Center") withholding of documents from production pursuant to Requests for Production of Documents served by Plaintiff Strategic Decisions, LLC ("Strategic Decisions"). The documents withheld are listed on the spreadsheet entitled "Strategic Decisions, LLC v. The Martin Luther King Jr. Center for Nonviolent Social Change, Inc. (Privilege Log)" (the "Log"). Counsel for Strategic Decisions challenges seven (7) documents withheld from production on the grounds of the attorney-client privilege. The challenged documents are identified on the Log as documents numbered 25, 26, 27, 28, 29, 30 and 31 (the "Challenged Documents").

A federal court considering whether the attorney-client privilege applies to material withheld from production conducts its review applying state-law criteria for the privilege.  <u>In re Fink</u>, 876 F.2d 84, 85 (11th Cir. 1989); Fed. R. Evid. 501 (state law governs privilege regarding a claim or defense for which state law supplies the rule of decision); <u>see also</u> <u>Hyde Const. Co. v. Koehring Co.</u>, 455 F.2d 337, 340 (5th Cir. 1972).  Under Georgia law, the attorney-client privilege protects admissions and communications between an attorney, in his or her representative capacity, and the client, made for the purpose of securing legal advice or assistance.  <u>Marriott Corp. v. Am. Academy of Psychotherapists, Inc.</u>, 157 Ga. App. 497, 501-03 (Ga. Ct. App. 1981).  The Court has conducted its *in camera* review of the Challenged Documents to determine if, under Georgia law, they contain attorney-client privileged material.  The Court concludes they do not contain communications protected by the attorney-client privilege and **ORDERS** that they be produced by The King Center on or before June 3, 2014.

**SO ORDERED** this 30th day of May, 2014.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE